# Court of Appeals
# of the State of Georgia

ATLANTA, February 10, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0883.  LINDSEY DANIEL v. ATHENS CHEVROLET, INC.**

Lindsey Daniel filed a tort action against Athens Chevrolet, Inc.  The trial court entered a judgment in her favor in the amount of $1,500 in nominal damages plus $265 in costs.  Daniel then filed this direct appeal.  We, however, lack jurisdiction.

Where a money judgment in an action for damages totals $10,000.00 or less, a party must follow the discretionary appeal procedures to obtain appellate review. See OCGA § 5-6-35 (a) (6).  Because Daniel failed to follow the required procedure, her appeal is hereby DISMISSED for lack of jurisdiction. See *Hill v. Rose Electric Co.*, 220 Ga. App. 603 (469 SE2d 844) (1996).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/10/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*